UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CRAIG DION GREEN #181030,<br>   Petitioner,<br><br>-v-<br><br>CARMEN D. PALMER,<br>   Respondent. | No. 1:12-cv-944<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having dismissed the petition of Craig Dion Green, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent and against Petitioner Craig Dion Green.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date: October 12, 2012           /s/ Paul L. Maloney
                         Paul L. Maloney
                         Chief United States District Judge