UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG DION GREEN #181030,             )
    Petitioner,                               )
                                                  )   No. 1:12-cv-944
-v-                                                  )
                                                  )   HONORABLE PAUL L. MALONEY
CARMEN D. PALMER,                      )
    Respondent.                              )
_____)

## JUDGMENT

Having dismissed the petition of Craig Dion Green, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent and against Petitioner Craig Dion Green.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  October 12, 2012                                /s/ Paul L. Maloney
                                                                                  Paul L. Maloney
                                                                                  Chief United States District Judge